

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-13-2004

# Southco Inc v. Kanebridge Corp

Precedential or Non-Precedential: Precedential

Docket No. 02-1243

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Southco Inc v. Kanebridge Corp" (2004). *2004 Decisions*. Paper 21.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/21

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-1243

SOUTHCO, INC.,

Appellant

v.

KANEBRIDGE CORP.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

District Court Judge: Honorable Norma L. Shapiro
(D.C. No. 99-cv-4337)

_____

Argued: December 3, 2002
Reargued En Banc: October 8, 2003

Before: SCIRICA, Chief Judge, SLOVITER, NYGAARD, ALITO, ROTH, McKEE,
RENDELL, BARRY, AMBRO, FUENTES, SMITH, CHERTOFF, and BECKER,
<u>Circuit Judges</u>

(Opinion Filed: December 3, 2004)

ORDER AMENDING OPINION

The concurring opinion in the above case is hereby amended as follows:

On the first line, delete "Part II" and replace it with "Parts I and II".

:

BY THE COURT:


___/s/ Edward R. Becker___
Circuit Judge


DATED:  December 13, 2004